Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE MENDOZA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT COLLECTIONS, INC. d/b/a ACC, INC., ACC, LLC a/k/a AMERICAN CREDIT & COLLECTIONS, LLC and a/k/a AMERICAN CREDIT COLLECTIONS, LLC, MARK ADAMS, and JOAN DAVIS,<br><br>　　　　　Defendants. | Case No. C07-05526 HRL<br><br>**REQUEST FOR REASSIGNMENT** |

Defendants have failed to answer the Complaint and have thus defaulted. Since Plaintiff may need to move for a Default Judgment (which is required to be heard by a United States District Judge), Plaintiff respectfully requests the reassignment of this case to a United States District Judge.

Date: 1/23/08

_____
Ronald Wilcox, Attorney for Plaintiff

1