UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Josephine Mendoza,<br><br>    Plaintiff,<br><br>  v.<br><br>American Credit Collections, Inc., doing business as ACC, Inc., et.al.,<br><br>    Defendants.<br>_____ / | No. C07-05526<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 19, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: January 24, 2008                                     RICHARD W. WIEKING,
                                                                            United States District Court

                                                                            */s/ Patty Cromwell*
                                                                            By: Patty Cromwell
                                                                            Courtroom Deputy Clerk to
                                                                            Magistrate Judge Howard R. Lloyd

*United States District Court*
*For the Northern District of California*

United States District Court
For the Northern District of California

1
2   THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4   Ronald Wilcox    ronaldwilcox@post.harvard.edu
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28