Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, Suite F, 1st Floor
San Jose, California 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPHINE MENDOZA,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT COLLECTIONS, INC. d/b/a ACC, INC., ACC, LLC a/k/a AMERICAN CREDIT & COLLECTIONS, LLC and a/k/a AMERICAN CREDIT COLLECTIONS, LLC, MARK ADAMS, and JOAN DAVIS,<br><br>      Defendants. | Case No. C07-05526 HRL<br><br>**NOTICE OF DISMISSAL** |

Plaintiff hereby dismisses this action.

Respectfully,

Date:  2/1/08    /s/Ronald Wilcox
          Ronald Wilcox, Attorney for Plaintiff